IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN LIFE INSURANCE CO.                    PLAINTIFF

v.                       No. 4:11-cv-157-DPM

KRISTY L. HOLMES; ALVIN J. JOHNSON;
and LISA S. GAGNON                                 DEFENDANTS

ORDER

The Court appreciates the parties' recent motion and the settlement agreement. *Document No. 30*. But the Court is concerned about a loose end in the case. Lisa S. Gagnon's interests have been resolved by default and waiver; but what about "Tanya," the possible other survivor mentioned in the complaint? The Court understands that the parties are anxious to consummate their settlement and resolve this matter. The Court therefore schedules a hearing for Friday, 16 December 2011 at 10:00 a.m. in Courtroom B155 in the Richard Sheppard Arnold United States Courthouse.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 December 2011