IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 9 2011

JAMES W. McCORMACK, CLERK
By: _____
PLAINTIFF    DEP CLERK

METROPOLITAN LIFE INSURANCE
COMPANY                                                                    PLAINTIFF

v.                              No. 4:11-cv-157-DPM

KRISTY L. HOLMES, ALVIN J.
JOHNSON, and LISA S. GAGNON                          DEFENDANTS

## ORDER

The Clerk has informed the Court that instead of $207,000.00, Metropolitan Life actually deposited $213,218.51. *See attached*. In addition, the Clerk advises that $46.73 in interest has accrued since the deposit. The Court assumes that the parties' two-thirds/one-third settlement agreement embraces the additional amount of principal, but asks the parties to confirm this understanding with a court paper at their earliest convenience.

The Court also notes that two motions mooted by its December 16th Order are still pending. The Court directs the Clerk to terminate these two motions, *Document Nos. 27 & 29*.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge


19 December 2011