IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN LIFE INSURANCE CO.                    PLAINTIFF

v.                    No. 4:11-cv-157-DPM

KRISTY L. HOLMES; ALVIN J. JOHNSON;
and LISA S. GAGNON                                 DEFENDANTS

JUDGMENT

The Clerk having distributed the policy proceeds and accrued interest to Holmes and Johnson as ordered, *Document Nos. 40 & 41*, this case is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2012